# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

THERESA GARNER,

        Plaintiff,

v.

FBI,

        Defendant.

Case No. 24-CV-631-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff Theresa Garner's motion to withdraw her complaint, ECF No. 5, be and the same hereby is **GRANTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

May 22, 2024
Date